IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MATTHEW ALLEN TAYLOR,

        Plaintiff,

v.                                          CIVIL ACTION NO.   3:21-0425

CABELL COUNTY SHERIFF'S DEPARTMENT,
HUNTINGTON POLICE DEPARTMENT,

        Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant the Motion to Dismiss and Answer to Plaintiff's Complaint by Defendant Huntington Police Department (ECF No. 11), as well as its second motion to dismiss (ECF No. 31), and Defendant Cabell County Sheriff's Department's Motion to Dismiss (ECF No. 15). No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** the Motion to Dismiss and Answer to Plaintiff's Complaint by Defendant Huntington Police Department (ECF No. 11), as well as its second motion to dismiss (ECF No. 31), and Defendant Cabell County Sheriff's Department's Motion to Dismiss (ECF No.

15), consistent with the findings and recommendation. The Court further **ORDERS** that this action be **REMOVED** from the docket of the Court.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER: January 5, 2022

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE